AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 4:16CR00064-01 |
| Eric Williams | ) |
| | ) USM No: 21406-021 |
| Date of Original Judgment: August 31, 2016 | ) |
| Date of Previous Amended Judgment: N/A | ) Tina M. Hesse |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____114_____ months **is reduced to** _____111 months*_____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

\* The reduced sentence is comprised of a term of 27 months as to Count 5 and a consecutive term of 84 months as to Count 6, to produce a total term of 111 months.

Except as otherwise provided, all provisions of the judgment dated _____August 31, 2016_____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: Jan. 2, 2024

Judge's signature

Effective Date: February 1, 2024
*(if different from order date)*

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*